IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAROLD JOHNSON,

    Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                                   11-cv-91-wmc

KEVIN BOODRY and DAVID BIGNELL,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies in compliance with 42 U.S.C. § 1997e(a).

| /s/ | 7/26/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |